AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| In the Matter of the Search of | ) |
| Location 2: Storage Unit #B034 located at Public Storage, 5801 Wilson Ave. St. Louis, Missouri 63110. | ) ) ) ) ) ) |

Case No.   4:25-MJ-1315 JMB

SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ EASTERN _____ District of _____ MISSOURI _____
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before _____ October 14, 2025 _____ *(not to exceed 14 days)*
❏ in the daytime 6:00 a.m. to 10:00 p.m.      ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  Honorable John M. Bodenhausen, U.S. Magistrate Judge
*(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❏ for _____ days *(not to exceed 30)*   ❏ until, the facts justifying, the later specific date of _____ .

Date and time issued:      30 Sept. 2025   9:31 a.m. 

_____
*Judge's signature*

City and state:      St. Louis, MO 

Honorable John M. Bodenhausen, U.S. Magistrate Judge
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>  4:25-MJ-1315 JMB | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

| **Certification** |
|---|
|       I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br><br><br>Date: _____<br><br><br>                                              *Executing officer's signature*<br><br><br>                                               *Printed name and title* |

**SW 4:25-MJ-1315 JMB**

**ATTACHMENT A**

1.          The premises to be searched, described in the affidavit as **Location 2**, are storage

unit #B034, located within the Public Storage[2] facility located at 5801 Wilson Ave., St. Louis,

Missouri 63110. **Location 2** is a storage unit that is 10ft x 30ft x 9ft. **Location 2** has a roll-up

door and drive-up access. It is secured by a lock. The Public Storage facility itself is surrounded

by a fence; individual units are accessible through a locked front gate. A photograph of **Location**

**2** is provided below.



2.          The search of **Location 2** shall include all locked and unlocked safes, briefcases,

containers, files cabinets, drawers, luggage, bags, boxes, jewelry boxes, cans, electronic storage

devices such as cellular telephones and computers, and vehicles located in the premises. The

items to be searched for and seized are described in Attachment B of this affidavit, List of Items

to be Seized.

---

[2] "Public Storage" is a company that owns and operates self-storage facilities such as this around the world. A person pays a monthly fee to rent a unit within a Public Storage facility, which includes many different-sized units. Public Storage has various methods of locking different units: a disc lock, a cylinder lock, an eLock, or the renter can bring their own lock.

**SW 4:25-MJ-1315 JMB**

**ATTACHMENT B**

List of Items to be Seized

The items to be searched for and seized from **Location 2**, as described in Attachment A, are the following instrumentalities, fruits, and evidence of Conspiracy to Commit Forced Labor, in violation of 18 U.S.C. § 1594(b); Forced Labor, in violation of 18 U.S.C. § 1589; and Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h); Willfully Filing a False Tax Return, in violation of 26 U.S.C. § 7206(1); and Tax Evasion, in violation of 26 U.S.C. § 7201 (collectively, the Subject Offenses), described as follows:

1.      Records documenting donations, sales, proceeds, and expenses including evidence such as ledgers, tally sheets, notes, communications, or other records related to co-conspirators, victims, and donors, including contact and location information.

2.      Financial records including bank statements, deposit and withdrawal slips, wire transfers, money orders, cashier's checks, tax or other records regarding income, records documenting expenditures, including credit card statements, cell phone bills, receipts, mortgages, and other financing agreements.

3.      Bulk currency greater than $2,000.

4.      Jewelry, watches, gemstones, gold or silver, or other valuables.

5.      Records digital or physical of passwords, passcodes, public keys, private keys, seed phrases, or PIN number for access to digital devices including but not limited to cryptocurrency wallets.

6.      Cryptocurrency cold storage devices and physical and/or digital private keys, seed phrases/key pairs.

7.    Indicia of occupancy and/or other assets, including keys, documents describing the rental of **Location 1** or **Location 2** or other storage facilities, or the residency or ownership other properties described in the attached Affidavit, and other properties owned or used by the co-conspirators or members of JMMI/KOGGC, including utility and telephone bills, mail envelopes, or addressed correspondence.

8.    Records of off-site locations to store records, including safe deposit box keys, records, receipts, and rental agreements for storage facilities.

9.    Locked containers or safes, and key and records of passcodes for such locked containers or safes.

10.    Luxury clothing, purses, bags, and shoes including but not limited to Versace and Louis Vuitton.

11.    Photographs, images, or video or audio recordings related to the Subject Offenses including images of co-conspirators or assets.

12.    Electronic devices used as a means to commit the Subject Offenses including cellular phones, tablets, computers, surveillance equipment, servers, external storage devices including, but not limited to, USB devices, hard drives, digital media discs, VHS tapes, etc., and printers.

13.    Records, information, and items relating to the ownership or use of electronic devices found in the above residence, including sales receipts, bills for Internet access, and handwritten notes.

14.    Media equipment to include cameras and camcorders, sound recording equipment, and other video production materials.

15.    DNA or genetic material from the interior of **Location 2**.

3

16.     Records and information relating to the Subject Offenses, including correspondence, communications, and records that could assist in victim identification.

17.     Records, information, and communications relating to employment, including, but not limited to, Forms W-2, W-3, W-4, 1099, IRS Forms 941, Department of Homeland Security Forms I-9, Employment Authorization Documents (EAD), Department of Labor Form ETA-750/9035E "Application for Alien Employment Certification," other employment tax documents; records related to the hiring and/or firing of employees, work permits and/or authorizations.

18.     Records, information, and communications relating to recruiting individuals, hiring individuals, verification of an individual's true identity, for employment or volunteering for JMMI/KOGGC, including, but not limited to, copies or originals of passports, visas, birth certificates, certificates of naturalization, permanent resident alien cards, driver's license, work authorizations, Form I-551 Permanent Resident Card (a/k/a "Green Card"), I-94 Arrival/Departure Records, foreign national identity documents, and correspondence relating to Social Security Administration and social security cards.

19.     Records, information, and communications relating to transportation of employees/volunteers and employee/volunteer housing arrangements.

20.     Cars, boats, All-Terrain Vehicles (ATVs), Jet Skis, all associated keys, and their trailers.

21.     Records relating to ownership, leasing, and financing of any cars, boats, ATVs, jet skis, or other vehicles.

22.     Records relating to the purchase of hair transplantation grafts or any other spa or beauty services, luxury purchases, and any vacations or luxury trips.

4

23.    Records relating to applications for state Electronic Benefit Transfer cards.

24.    Plan B pills, other "morning after pills," or records of purchases of or prescriptions for such pills.

25.    All the records detailed above in electronic form.

**Search of Electronic Devices**

1.    For any computer or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):

a.    evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

b.    evidence of software that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

c.    evidence of the lack of such malicious software;

d.    evidence indicating how and when the computer was accessed or used to determine the chronological context of computer access, use, and events relating to crime under investigation and to the computer user;

e.    evidence indicating the computer user's state of mind as it relates to the crime under investigation;

5

f.       evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;

g.       evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the COMPUTER;

h.       evidence of the times the COMPUTER was used;

i.       passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;

j.       documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;

k.       records of or information about Internet Protocol addresses used by the COMPUTER;

l.       records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

m.       contextual information necessary to understand the evidence described in this attachment.

2.       Routers, modems, and network equipment used to connect computers to the Internet.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disk drives or other media that can store data); any handmade form (such as writing); any mechanical form (such as

6

printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term "COMPUTER," as used here, includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

The term "storage medium" includes any physical object upon which computer data can be recorded.  Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.